**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 15-cv-463 |
| | ) | |
| ILLINOIS FARMERS INSURANCE | ) | Judge Durkin |
| COMPANY doing business as | ) | Magistrate Judge Martin |
| FARMERS INSURANCE, and | ) | |
| JAMES V. LOMBARDI | ) | |
| INSURANCE AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL APPROVAL ORDER**

**WHEREFORE**, it appearing to the Court that:

A.      On **July 24, 2017**, this Court entered a Preliminary Approval Order which, among other things, preliminarily and conditionally certified this lawsuit to proceed as a class action for settlement purposes only, defined the Settlement Class, appointed Class Counsel, preliminarily approved the proposed Settlement Agreement ("Agreement") which would be binding on the Settlement Class, provided for notice to the Settlement Class including an opportunity for Settlement Class members to request exclusion from the Settlement Class and to object to the proposed Agreement, and scheduled a hearing ("Final Approval Hearing") for **November 28, 2017**, to consider any objections and to determine whether the proposed settlement is fair, reasonable, and adequate.

B.      In accordance with the Court's Preliminary Approval Order, on **July 24, 2017**, 2017, actual notice was sent by first class mail to **1,242** Class Members by Class-Settlement.com (the "Class Administrator"). A total of **171** notices were returned by the United States Postal

Service as undeliverable with no forwarding address or further information; **19** notices were returned by the United States Postal Service with a new address and successfully re-mailed. Class Members were directed to Class Counsel's website for copies of the relevant documents. Class members also were provided with a toll-free telephone number they could call for additional information.

C.     On **November 28, 2017**, in accordance with the Preliminary Approval Order and Fed. R. Civ. P. 23(e)(2), counsel for the Parties appeared for the Final Approval Hearing to determine whether the action satisfies the applicable prerequisites for class action treatment and whether the proposed settlement is fundamentally fair, reasonable, adequate, and in the best interest of the Class Members and should be approved by the Court;

D.     The members of the Settlement Class were given an opportunity to opt-out or object to the settlement.  **NO** members of the Settlement Class opted out of the settlement; and

E.     With the Court having concluded that the proposed settlement is fair, reasonable, and adequate; and the Court being duly advised in the premises, and for good cause shown;

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.     This Final Order incorporates by reference the definitions in the Agreement, and all defined terms used herein shall have the same meanings as set forth in the Agreement.

2.     The Court confirms its certification in the Preliminary Approval Order of this Litigation as a class action for settlement purposes only and, in accordance with Fed. R. Civ. P. 23(b)(3), defines the "Settlement Class" as:

> all persons or entities within the United States whose wireless phone number was placed on lists from which calls were made using an automatic telephone dialing system or an artificial or prerecorded voice to provide information about becoming a Farmers Insurance Agent through Lombardi Insurance Agency during the Class Period of January 19, 2011 through February 28, 2017.

3. The Court declares that the Parties' Notice Plan as set forth in the Agreement, including the notice mailed to members of the Settlement Class, satisfied the requirements of Fed. R. Civ. P. 23, constitutional due process, and constituted the best notice practicable under the circumstances.

4. The Court approves the disbursement of the Settlement Fund as provided for in the Agreement and directs that the Class Administrator disburse the payments in accordance with the terms of the Settlement.

5. The Court approves an incentive award of **$7,500.00** to plaintiff Dolemba for the time and effort invested in bringing this lawsuit and acting as the Class Representative. This amount shall be paid on the Effective Date.

6. The Court approves the award of attorneys' fees and costs to Class Counsel, in the amount of **$58,333.33**, and declares such fees and costs, and the hourly rates sought, to be fair and reasonable. This amount shall be paid on the Effective Date.

7. The Agreement, which was filed with the Court on **July 7, 2017** (Doc.79, Appendix 1), is finally approved and shall be consummated in accordance with the terms and provisions thereof, except as amended by any subsequent order issued by this Court.

8. With respect to determination that the Agreement is fair, reasonable and adequate, the Court specifically notes that this litigation involved complex and novel factual and legal issues, and the settlement amount reflects a substantial benefit to members of the Settlement Class.

9. As no members of the Settlement Class have excluded themselves from the Settlement, this Order is binding on all members of the Settlement Class.

10.  Pursuant to the release contained in the Agreement, the Released Claims are compromised, settled, released, and discharged by virtue of these proceedings and this Order.

11.  The Court hereby permanently enjoins and restrains all members of the Settlement Class who did not duly require exclusion from the class in the time and manner provided for in the Class Notice from commencing or prosecuting any action, suit, claim or demand against any of the parties released by virtue of the Agreement arising out of or relating to the Released Claims as set forth in the Agreement.

12.  The Court retains jurisdiction over the interpretation, enforcement, and implementation of the Agreement and this Final Order, along with continuing and exclusive jurisdiction over the parties, including all members of the Settlement Class, in conjunction with the execution, consummation, administration and enforcement of the terms of the Agreement.

13.  Class Counsel shall file by **August 30, 2018,** a notice apprising the Court that the terms of the Agreement have been complied with and providing the Court with an accounting of how the money provided for by the Agreement was distributed.

14.  This Litigation is hereby dismissed without prejudice, and without costs. The dismissal will become a dismissal with prejudice upon payment of the Settlement Fund by Defendants which, provided no appeal is filed, shall occur no less than 35 days after the date of entry of this Order.

**IT IS SO ORDERED:**

_Thomas M Durkin_

_____
HONORABLE THOMAS M. DURKIN
United States District Judge

Dated: 11/29/2017

4